| | |
|---|---|
| 1 | **ACKERMANN & TILAJEF, P.C.**<br>Craig J. Ackermann, CA Bar No. 229832 |
| 2 | cja@ackermanntilajef.com<br>1180 South Beverly Drive, Suite 610 |
| 3 | Los Angeles, California 90035<br>Phone: (310) 277-0614 |
| 4 | Fax: (310) 277-0635 |
| 5 | **MELMED LAW GROUP P.C.**<br>Jonathan Melmed, CA Bar No. 290218 |
| 6 | jm@melmedlaw.com<br>1180 South Beverly Drive, Suite 610 |
| 7 | Los Angeles, California 90035<br>Phone: (310) 824-3828 |
| 8 | Fax: (310) 862-6851 |
| 9 | Attorneys for Plaintiff RODERICK MURRAY |
| 10 | **LITTLER MENDELSON, P.C.**<br>Ryan L. Eddings, CA Bar No. 256519 |
| 11 | reddings@littler.com<br>Andrew H. Woo, CA Bar No. 261120 |
| 12 | awoo@littler.com<br>5200 North Palm Avenue, Suite 302 |
| 13 | Fresno, California 93704.2225<br>Telephone: (559) 244-7500 |
| 14 | Facsimile: (559) 244-7525 |
| 15 | Attorneys for Defendant SCELZI ENTERPRISES, INC. |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MURRAY an individual, on behalf of the State of California, as a private attorney general, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SCELZI ENTERPRISES, INC, a California corporation, and DOES 1 to 50, inclusive,<br><br>Defendants. | **CASE NO.** 1:18-CV-01492-LJO-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND DATE BY WHICH DEFENDANT IS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Doc. 8)** |

# ORDER

Base on the parties' stipulation, and good cause appearing therefor, IT IS ORDERED that

1) The time for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint (Doc. 7) is extended to June 1, 2019; and

2) The Mandatory Scheduling Conference, currently set for May 7, 2019 is **CONTINUED to June 20, 2019, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties SHALL file their joint scheduling report by no later than June 13, 2019.

IT IS SO ORDERED.

Dated: **February 6, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

1

**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND DATE BY WHICH DEFENDANT IS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**