**S. BRETT SUTTON 143107**
brett@suttonhague.com
**JARED HAGUE 251517**
jared@suttonhague.com
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 North Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

*Attorneys for Defendant*
SCELZI ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| RODERICK MURRAY, an individual, on behalf of the State of California, as a private attorney general, and on behalf of all others similarly situated;<br><br>*Plaintiff*,<br><br>vs.<br><br>SCELZI ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No. 1:18-CV-01492-LJO-SKO<br><br>**RENEWED JOINT STIPULATION TO CONTINUE DEFENDANT SCELZI ENTERPRISES, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING; ORDER**<br><br>**(Doc. 16)** |

Plaintiff RODERICK MURRAY (hereinafter "Plaintiff") and Defendant SCELZI ENTERPRISES, INC. (hereinafter "Defendant") hereby stipulate and agree, by and through their attorneys of record in this matter, as follows:

1. WHEREAS, on or about January 31, 2019, pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiff filed a First Amended Complaint (ECF No. 7) in response to Defendant's Motion to Dismiss (ECF No. 5), rendering Defendant's Motion moot;

2. WHEREAS, thereafter the Parties, through their counsel of record at that time, met and conferred regarding the issues raised in the action and agreed to

participate in private mediation with wage and hour class action mediator Lisa Klerman in attempt to resolve the action;

3. WHEREAS, on or about February 5, 2019, Plaintiff and Defendant submitted a Joint Stipulation (ECF No. 8) by which, among other things, Defendant was to file a responsive pleading to Plaintiff's First Amended Complaint not later than June 1, 2019;

4. WHEREAS, on or about April 8, 2019, Defendant filed a proposed Consent Order by which Defendant substituted in the law firm of Sutton Hague Law Corporation as its counsel of record in this matter;

5. WHEREAS, Plaintiff and Defendant and their counsel of record participated in a full-day mediation session with Ms. Klerman on May 28, 2019;

6. WHEREAS, the Parties did not reach a resolution of the case during the May 28, 2019 mediation session, but desire to continue in negotiations over the coming days with the assistance of Ms. Klerman and, if possible to avoid the need for anticipated motion practice that would be entailed in Defendant's filing of a responsive pleading.

7. NOW THEREFORE, the Parties, hereby stipulate and agree to the following:

a. The time for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 7) is extended to June 7, 2019.

Dated: May 30, 2019  MELMED LAW GROUP, P.C.
ACKERMANN & TILAJEF, P.C.


By: /s/ Craig Ackermanm
JONATHAN MELMED, ESQ.
CRAIG J. ACKERMANN, ESQ.

Dated: June 3, 2019  SUTTON HAGUE LAW CORPORATION, P.C.

2

By: /s/ S. Brett Sutton
S. BRETT SUTTON
JARED HAGUE
*Attorneys for Defendant*
SCELZI ENTERPRISES, INC.

**Local Rule 131 Attestation**

Pursuant to Local Rule 131(e), I attest that all of the signatories listed above concur in this filing's contents and have authorized the filing of this document.

/s/ S. Brett Sutton
S. Brett Sutton

**ORDER**

GOOD CAUSE APPEARING (*see* Doc. 16), it is hereby ORDERED that Defendant SCELZI ENTERPRISES, INC.'S deadline to file a responsive pleading to Plaintiff RODERICK MURRAY'S First Amended Complaint is extended to June 7, 2019.

IT IS SO ORDERED.

Dated: **June 3, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE