| | |
|---|---|
| 1 | **ACKERMANN & TILAJEF, P.C.** |
| | Craig J. Ackermann, CA Bar No. 229832 |
| 2 | cja@ackermanntilajef.com |
| | 1180 South Beverly Drive, Suite 610 |
| 3 | Los Angeles, California 90035 |
| | Phone: (310) 277-0614 |
| 4 | Fax: (310) 277-0635 |
| 5 | **MELMED LAW GROUP P.C.** |
| | Jonathan Melmed, CA Bar No. 290218 |
| 6 | jm@melmedlaw.com |
| | 1180 South Beverly Drive, Suite 610 |
| 7 | Los Angeles, California 90035 |
| | Phone: (310) 824-3828 |
| 8 | Fax: (310) 862-6851 |
| 9 | Attorneys for Plaintiff, the Class and the Aggrieved Employees |
| 10 | **SUTTON HAGUE LAW CORPORATION, P.C.** |
| | S. Brett Sutton, CA Bar No. 143107 |
| 11 | brett@suttonhague.com |
| | Jared Hague, CA Bar No. 251517 |
| 12 | jared@suttonhague.com |
| 13 | 5200 North Palm Avenue, Suite 203 |
| | Fresno, California 93704 |
| 14 | Phone: (559) 325-0500 |
| | Fax: (559) 981-1217 |
| 15 | |
| | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MURRAY an individual, on behalf of the State of California, as a private attorney general, and on behalf of all others similarly situated | **CASE NO. 1:18-CV-01492-LJO-SKO** |
| | **ORDER VACATING DATES IN VIEW OF CLASS SETTLEMENT AND SETTING DEADLINE FOR FILING MOTION FOR APPROVAL** |
| Plaintiff, | |
| v. | **(Doc. 21)** |
| SCELZI ENTERPRISES, INC, a California corporation, and DOES 1 to 50, inclusive, | Date: July 8, 2019<br>Time: 8:30 a.m.<br>Courtroom: 4 |
| Defendants. | Action Filed: October 26, 2018 |

# **ORDER**

On the stipulation of the parties indicating the case has settled (Doc. 21), and good cause appearing therefore, IT IS HEREBY ORDERED that

1) Plaintiff SHALL file his motion for preliminary approval of the class action settlement on or before August 27, 2019; and

2) In view of the class-wide settlement, all other deadlines and hearings, including the hearing on Defendant's Motion to Compel Arbitration set for July 8, 2019, are hereby VACATED.

IT IS SO ORDERED.

Dated: __**July 1, 2019**__ /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE